Arthur B.
Reid, Gerald O. Sweeney, E. J. Blair, and F. W. Hall, for appellant;
E. J. Blair, of counsel; Winston, Strawn, Black & Towner, for appellee;
Neil McKay, of counsel. Opinion by JUSTICE TUOHY. **Not to be published in full.** Opinion filed April 8, 1954; released for publication
April 27, 1954.

## William Scott, Plaintiff Below, v. Lulu Scott, Defendant Below, Appellee. Helen Scott, Petitioner Below, Appellant.

### Gen. No. 46,180. (Abstract of Decision.)

Harry
Zaidenberg, for appellant; Harry G. Fins, Meyer Weinberg, and Daniel
P. Tunick, of counsel; no briefs filed for appellee. Opinion by JUSTICE
TUOHY. **Not to be published in full.** Opinion filed April 8, 1954;
released for publication April 27, 1954.